RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/21/10
CB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BECKY DURIO AND<br>EVELYN BLANKS | * | CIVIL ACTION NO. 6:08-cv-00615 |
| VERSUS | * | JUDGE RICHARD T. HAIK, SR. |
| SLM FINANCIAL CORPORATION,<br>SALLIE MAE, INC.,<br>RYAN ALLABAUGH, JANE DOE –<br>a collector employed by SLM<br>FINANCIAL CORPORATION using<br>the fictitious name of "MS. BROWN,"<br>AND DOES 1-50, inclusive | * * * * * * * | MAGISTRATE JUDGE HILL |

**********************************

## ORDER

Considering the Stipulation of Dismissal:

IT IS ORDERED that this suit is dismissed *with prejudice* and with each party to bear its own costs.

Lafayette, Louisiana, this 21st day of September, 2010.

_____
HONORABLE RICHARD T. HAIK, SR.,
United States District Judge